THE PEOPLE OF THE STATE OF NEW YORK ex rel. 342 EAST 57TH STREET CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, et al., Respondents.

Submitted November 27, 1941; decided January 8, 1942.

684

*Jerome S. Hess, Louis Russell* and *Monroe H. Collenburg* for appellant.

*Finis E. Montgomery* for Metropolitan Life Insurance Company, respondent.

*William C. Chanler, Corporation Counsel (Anthony Curreri* and *Arthur H. Goldberg* of counsel), for defendants, respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.